# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAMES E. ROSE JR., PETITONER     :    No. 408 MAL 2022

               : 

               :

               :

        v.                :    Petition for Allowance of Appeal

               :    from the Order of the Superior Court

               :

STEVIE HARRIS,            :

               :

        Respondent      :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 8th day of November, 2022, the Petition for Allowance of Appeal and the Petition for Leave to Proceed *In Forma Pauperis* are **DENIED**.